4/15/2015

Harper, Willie Lee, Jr.    Tr.Ct. No. 2011F00168    COA No. 06-13-00205-CR    PD-1250-14

On this day, the Appellant's petition for discretionary review has been refused.

JUDGE JOHNSON AND JUDGE YEARY WOULD GRANT



Abel Acosta, Clerk

6TH COURT OF APPEALS CLERK
DEBBIE AUTREY
100 N. STATE LINE AVE.
TEXARKANA, TX  75501-5666
* DELIVERED VIA E-MAIL *